UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN OCAMPO,<br><br>             Plaintiff,<br><br>    v.<br><br>THE CITY OF FRESNO, et al.,<br><br>            Defendants. | Case No. 1:24-cv-01110-KES-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING ACTION FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 30) |

     Plaintiff Esteban Ocampo proceeds pro se and in forma pauperis in this civil action. Docs. 1, 17. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On November 15, 2024, the assigned magistrate judge screened plaintiff's complaint and found that plaintiff had failed to state a cognizable claim. Doc. 27. The magistrate judge gave plaintiff the option to either file an amended complaint or file a notice stating that he wished to stand on his complaint. Plaintiff filed a letter with the Court indicating he stood by his statement and did not file an amended complaint. Doc. 28. On January 8, 2025, the magistrate judge issued findings and recommendations, recommending that this action be dismissed without leave to

1

amend due to plaintiff's failure to state a cognizable claim.  Doc. 30.  On January 22, 2025, plaintiff timely filed objections to the findings and recommendation.  Doc. 31.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of the case.  In his objections, plaintiff asks the Court to not dismiss his case on a technicality[1] and states that he continues to be harassed.  Doc. 31.  However, plaintiff does not establish any error in the findings and recommendations.  Moreover, plaintiff was afforded an opportunity to amend his complaint and failed to do so.  *See* Doc. 28.  The Court has reviewed the first amended complaint and agrees with the magistrate judge that plaintiff has not stated a cognizable claim.

Having carefully reviewed the file, including plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on January 8, 2025, Doc. 30, are adopted in full;
2. This action is dismissed due to plaintiff's failure to state a cognizable claim; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   February 10, 2025

UNITED STATES DISTRICT JUDGE

---

[1] The findings and recommendations were erroneously titled "Findings and Recommendation to Dismiss For Failure to Comply with the Court's Orders."  However, the findings and recommendations recommended dismissal for failure to state a claim.

2